**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk                                                              Reply to Northern Division Address
David E. Ciambruschini, Chief Deputy
                                             December 4, 2023


Tse Ernst Bangarie  #62143−509
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Re:  USA v. Tse Ernst Bangarie
     1:21−cr−00277−RDB

Dear Tse Ernst Bangarie:

We have received your pursuant to 18 U.S.C. § 3582(c)(2) based on retroactive application of Amendment 821 to the U.S. Sentencing Guidelines. Please be advised that the Office of the Federal Public Defender has been appointed to preliminarily review all pro se motions and, if they determine you are eligible for relief, to file a motion with the Court on your behalf. This means that if the Federal Public Defender determines that you qualify for a reduced sentence under either Part A of Amendment 821 (covering "status points") or Part B of Amendment 821 (covering "zero point offenders"), they will secure any records necessary to file a motion with the Court.

There are many individuals who may be eligible for a reduced sentence under Amendment 821, and the Federal Defender's Office is prioritizing cases based on anticipated release date. According to data compiled by the U.S. Sentencing Commission, it is anticipated that those who qualify for relief under Amendment 821 may be eligible to receive, on average, a sentence reduction of roughly 14 or 15 months. For this reason, if your current release date is before the end of 2025, your motion will be given highest priority. If your current release date is in 2026 or later, we ask for your patience as the motions filed by those with earlier release dates are handled first.

Should you have any questions or concerns, please contact the Federal Public Defender's Office by calling their toll−free number (888−387−3384) and asking to speak with Ms. Mirchandani, or by sending a letter to Ms. Mirchandani at Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD, 20770.

                                                                      Sincerely,

                                                              _____/s/_____
                                                              Catherine M. Stavlas, Clerk


                                                              By: O Connell, Deputy Clerk

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**